UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| STEVEN E. TAYLOR, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:13CV259 CDP |
| JEFF NORMAN, | ) ) ) |
| Respondent. | ) ) |

**MEMORANDUM AND ORDER**

Petitioner has failed to comply with the Court's Order dated February 25, 2013, in which the Court directed petitioner to submit an amended petition that complied with the Rules Governing § 2254 Cases and the Federal Rules of Civil Procedure. As a result, the Court will dismiss this action for failure to prosecute.

The petition is comprised of twenty-three pages of rambling allegations regarding petitioner's trial and incidents that occurred before and after the trial, such as complaints about his arrest and complaints about the law library at the St. Louis City Justice Center. False arrest claims and First Amendment access to court claims are not cognizable under § 2254. Rather, they must be pursued in a civil rights action under 42 U.S.C. § 1983.

Moreover, while Rule 2(c)(2) of the Rules Governing § 2254 Cases requires that a petitioner "state the facts supporting each ground" of the petition, Rule 8 of the

Federal Rules of Civil Procedure requires that a claim for relief contain "a short and plain statement showing that the pleader is entitled to relief." This means that the petitioner must not ramble needlessly about matters extraneous to the challenge to the validity of his confinement in his habeas petition.

The Court sent petitioner the forms for filing a habeas petition and a civil rights action on February 25, 2013, and ordered him to submit an amended petition no later than March 27, 2013. Petitioner has not complied with the Order. As a result, the Court will dismiss this action for failure to prosecute. See Fed. R. Civ. P. 41(b).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

An Order of Dismissal will be filed with this Memorandum and Order.

Dated this 17th day of May, 2013.

_Catherine D. Perry_
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE